UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

WILBERT ROBERTSON           CIVIL ACTION NO. 15-cv-2678

VERSUS           JUDGE FOOTE

GARY LOFTIN, ET AL           MAGISTRATE JUDGE HORNSBY

# J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion for Preliminary Injunction and Protection Order Over All Records is denied and this action is dismissed without prejudice.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 15th th day of July, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE